IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL DOLAN and<br>DEBORAH DOLAN,<br><br>    Plaintiffs<br><br>vs.<br><br>AIRTRAN AIRWAYS, INC., a foreign<br>corporation,<br><br>    Defendants | 07CV6586<br>JUDGE ASPEN<br>MAG. JUDGE MASON |

JH

FILED
NOV 21 2007
Nov. 21, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF REMOVAL

Please take notice that pursuant to 28 U.S.C. § 1441, *et seq.*, Defendant, AIRTRAN AIRWAYS, INC. ("AirTran"), a Delaware corporation, gives Notice of Removal of the above-captioned cause, Court No. 2007-L-010815, commenced in the Circuit Court of Cook County, Illinois, to this court. In support of removal, AirTran states as follows:

1. This case involves a civil action filed by Plaintiffs, Michael Dolan and Deborah Dolan. Plaintiff Michael Dolan claims he was injured as a result of an incident that occurred at Hartsfield-Jackson Atlanta International Airport on January 4, 2006, while he was being transported in a wheelchair at the airport. Plaintiff Deborah Dolan claims loss of consortium as a result of the same incident.

2. On October 12, 2007, Plaintiffs filed a Complaint sounding in negligence and loss of consortium in the Circuit Court of Cook County, Illinois, naming AirTran as a defendant. Said civil action was assigned Case No. 2007-L-010815 (A copy of the Plaintiffs' Complaint at Law is attached as Exhibit A).

3. On October 23, 2007, AirTran was served with a copy of the Summons and Complaint at Law (A copy of the Notice of Service of Process is attached as Exhibit B). This Notice of Removal is being filed within thirty days of service of the Summons and Complaint at Law on AirTran.

4. For diversity purposes, a corporation is deemed to be a citizen of its state of incorporation and the state in which it has its principal place of business. *See* 28 U.S.C. § 1332(c)(1). AirTran is a Delaware corporation with its principal place of business in Orlando, Florida.

5. AirTran reasonably believes in good faith that Plaintiffs are citizens of the state of Illinois.

6. Count I of Plaintiffs' Complaint sounds in negligence and seeks an amount in excess of $50,000, and Count II of Plaintiffs' Complaint is a claim for loss of consortium and seeks an amount in excess of $50,000 (See Exhibit A).

7. In *Hanlon v. XY Tool & Die, Inc.*, 2004 U.S. Dist. LEXIS 6675 (N.D. Ill. 2004), this Court held that the amounts in three separate counts, when aggregated, were in excess of the federal jurisdictional amount of $75,000 as set forth in 28 USCS § 1332(a)(1), and thus removal was proper. See also *Herremans v. Carrera Designs*, 157 F. 3d 1118, 1121 (7th Cir. 1998) ( "...the diversity statute confers federal jurisdiction over 'civil actions' satisfying the required minimum amount in controversy, not over counts...").

8. Here, it is apparent from the face of the Plaintiffs' Complaint that they are seeking an aggregate amount in excess of $75,000, exclusive of interest and costs.

9. This Court would have had original diversity jurisdiction over Plaintiffs' claims pursuant to 28 U.S.C. § 1332(a), had Plaintiffs elected to file this action initially in federal court. Specifically, the amount in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states. As such, AirTran is entitled to remove this action pursuant to 28 U.S.C. § 1441(a).

10. Because this Court is the United States District Court for the district and division embracing the place where this action is pending, it is the appropriate court for removal under 28 U.S.C. §§ 1441(a) and 1446.

11. AirTran has served a copy of this Notice of Removal on the Plaintiffs and will file a Notice of Filing of Notice of Removal to the United States District Court for the Northern District of Illinois with the Clerk of the Circuit Court of Cook County, Illinois.

WHEREFORE, Defendant AirTran Airways, Inc. respectfully requests that the above action be removed from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, and prays further that this Honorable Court issue all necessary orders and process and grant such other relief as AirTran Airways, Inc. may be entitled to receive.

Dated: November 21, 2007

Respectfully submitted,

AIRTRAN AIRWAYS, INC.

By: _____
One of its Attorneys

3

Michael G. McQuillen (Atty. No. 6188166)
Mark S. Susina (Atty. No. 6201998)
Lisa A. Iadevaia (Atty. No. 6286454)
ADLER MURPHY & McQUILLEN LLP
One North LaSalle Street, Suite 2300
Chicago, Illinois 60602
(312) 345-0700

90674

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

MICHAEL DOLAN and DEBORAH )
DOLAN, )
        Plaintiff )
)
Vs. )
)
AIRTRAN AIRWAYS, INC., a )
Foreign Corporation, )
        Defendants )

## COMPLAINT AT LAW

### COUNT I

NOW COMES the Plaintiff, MICHAEL DOLAN, by and through his attorneys, REIBMAN, HOFFMAN, BAUM, HIRSCH & O'TOOLE and complaining of the Defendants, AIRTRAN AIRWAYS, INC., a foreign corporation, states as follows:

1. On or about January 4, 2006, the Defendant, AIRTRAN AIRWAYS, INC., a foreign corporation, was authorized to due business within the State of Illinois to operate and maintain an airline which operated throughout the United States of American including the State of Georgia and the State of Illinois.

2. That on or about the above stated date, the defendant, AIRTRAN AIRWAYS, INC., maintained and operated flights through the Atlanta Georgia Airport and at such capacity offered its passengers, who were



Exhibit A

flying on said airlines, the benefits and use of its employees and attendants for the purpose of operating wheel chair for those persons who are in need of the same.

3. Then on or about the said date, the Plaintiff, MICHAEL DOLAN, was a fare paying passenger and was flying on flight number 24 from Atlanta Airport to the Midway Airport in Chicago, Illinois and had requested the use of a wheel chair with an attendant from the said Defendant on the said date.

4. That on or about the said date, at some point within the said Atlanta, Georgia Airport, the Plaintiff was being wheeled by an attendant and employee of the Defendants when the attendant lost control of the wheel chair causing said wheel chair to overturn and causing the Plaintiff to be forced out of said wheel chair onto the floor with great force and violence, causing him injuries as herein after specified.

5. At the said time the Defendant, AIRTRAN AIRWAYS, INC., by and through their agents and servants, while attending to the Plaintiff as he was seated in the wheel chair, carelessly, negligently and improperly did one or more of the following acts of omissions, which were the proximate cause, in whole or in part, of the Plaintiff falling out of said wheel chair causing him to suffer the injuries as herein in reference said forth:

   a. Negligently and carelessly operate the wheel chair in which the Plaintiff was seated.

b. Negligently and carelessly failed to warn the Plaintiff of any dangerous conditions that might exist in the area in which it was operating the wheel chair, specifically any depressions that might of existed between the flooring and gate to which the Plaintiff was attempting to board a certain airplane.

c. Failed to keep the wheel chair under proper control.

d. Failed to stop or slow down or otherwise halt the direction of the wheel chair when danger was imminent to the Plaintiff.

6. That by means of the premises and as a proximate result thereof, Plaintiff, MICHAEL DOLAN, was injured in his head, body and limbs, both externally and internally, and muscles, ligaments, tissues, nerves and blood vessels in his head, body and limbs were bruised, lacerated, torn and injured and he suffered great bodily pain and injury and mental anguish from the until now and will continue so to suffer in the future; that he has expended and will in the future expend large sums of money for medical expenses in endeavoring to be cured of said injuries; that he has lost and will in the future lose large sums of money by reason of being unable to follow his usual occupation as a result of said injuries.

WHEREFORE, Plaintiff, MICHAEL DOLAN, demands judgment against the Defendants, the Defendants, AIRTRAN AIRWAYS, INC., a foreign corporation, in a sum in excess of FIFTY THOUSAND ($50,000.00) DOLLARS plus the cost of filing this lawsuit.

## COUNT II

NOW COMES the Plaintiff, DEBORAH DOLAN, by and through her attorneys, REIBMAN, HOFFMAN, BAUM, HIRSCH & O'TOOLE and complaining of the Defendants, AIRTRANS AIRWAY, a foreign corporation, states as follows:

1-6.    Plaintiff realleges and incorporates paragraphs 1 through 6 of Count I as paragraphs 1 through 6 of Count II as if the same were more fully set forth verbatim herein.

7. That on said date, the Plaintiff, MICHAEL DOLAN, had made and provided a home for DEBORAH DOLAN, who was then and there his lawful wife, and the Plaintiff, DEBORAH DOLAN, was entitled to his care, services, association, companionship, society and consortium.

8. As a result of the wrongful conduct of the Defendants, the Plaintiff, DEBORAH DOLAN, was deprived of the care, services, association, companionship, society and consortium of MICHAEL DOLAN, and that she has expended and will expend, and has become obligated for large sums of money in having said service performed for her which had been performed by said MICHAEL DOLAN.

WHEREFORE, Plaintiff, DEBORAH DOLAN, demands judgment against the Defendants, AIRTRAN AIRWAYS, INC., a foreign corporation, in a sum in excess of FIFTY THOUSAND ($50,000.00) DOLLARS plus the costs of filing this lawsuit.

Respectfully submitted,
REIBMAN, HOFFMAN, BAUM, HIRSCH & O'TOOLE
Attorneys for Plaintiff

BY: _____

| | |
|---|---|
| 2120-Served | 2121-Served |
| 2220-Not Served | 2221-Not Served |
| 2320-Served By Mail | 2321-Served by Mail |
| 2420-Served By Publication | 2421-Served By Publication |
| **SUMMONS** | **ALIAS-SUMMONS** |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

MICHAEL DOLAN and DEBORAH DOLAN, )
)
       Plaintiff )
)
Vs. )   **PLEASE SERVE:**
)
AIRTRAN AIRWAYS, INC., a Foreign Corporation, )   AIRTRANS AIRWAYS
)   C/O CT CORPORATION SYSTEM
       Defendants )   208 S. LASALLE, SUITE 814
          CHICAGO, ILLINOIS 60604

### SUMMONS

**To: The above named defendants.**

    YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602) within 30 days after service of this Summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS ATTACHED HERETO.

    TO THE OFFICER:

    This summons must be returned by the officer or other persons to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS................................................, 2007

**FIRM I.D.: 90674**
**REIBMAN, HOFFMAN, BAUM**
**HIRSCH & O'TOOLE**
**20 N. Clark Street**
**Suite 1700**
**Chicago, Illinois 60602**
**(312) 372-6367**

..............................................
Clerk of Court

Date of Service:................................, 2007
(To be inserted by officer on copy left with Defendant or other person)

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
10/23/2007
CT Log Number 512713968

TO: Richard Magurno, General Counsel
AirTran Airways, Inc.
9955 AirTran Boulevard
Orlando, FL 32827-

RE: **Process Served in Illinois**

FOR: AirTran Airways, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Michael Dolan and Deborah Dolan, Pltf. vs. Airtran Airways, Inc., etc., Dfts. |
| DOCUMENT(S) SERVED: | Summons, Complaint, Affidavit(s) |
| COURT/AGENCY: | Cook County Circuit Court - Cook County Department - Law Division, IL<br>Case # 2007L010815 |
| NATURE OF ACTION: | Personal Injury - Slip/Trip and Fall - 01/04/06 |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Chicago, IL |
| DATE AND HOUR OF SERVICE: | By Process Server on 10/23/2007 at 11:00 |
| APPEARANCE OR ANSWER DUE: | Within 30 days, not counting the day of service |
| ATTORNEY(S) / SENDER(S): | Reibman, Hoffman, Baum, Hirsch & O'Toole<br>20 N. Clark Street<br>Suite 1700<br>Chicago, IL 60602<br>312-372-6367 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex 2 Day, 791417569810 |
| SIGNED:<br>PER:<br>ADDRESS:<br><br>TELEPHONE: | C T Corporation System<br>Tawana Carter<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>312-345-4336 |

Page 1 of 1 / PJ

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Exhibit B

| | |
|---|---|
| 4120-Served | 2121-Served |
| 2220-Not Served | 2221-Not Served |
| 2320-Served By Mail | 2321-Served by Mail |
| 2420-Served By Publication | 2421-Served By Publication |
| **SUMMONS** | **ALIAS-SUMMONS** |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

MICHAEL DOLAN and DEBORAH DOLAN, )
)
        Plaintiff )
)
Vs. )   **PLEASE SERVE:**
)
AIRTRAN AIRWAYS, INC., a Foreign Corporation, )   AIRTRANS AIRWAYS
) C/O CT CORPORATION SYSTEM
        Defendants ) 208 S. LASALLE, SUITE 814
CHICAGO, ILLINOIS 60604

### SUMMONS

To: The above named defendants.

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the Clerk of this Court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602) within 30 days after service of this Summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS ATTACHED HERETO.

TO THE OFFICER:

This summons must be returned by the officer or other persons to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS..............................................., 2007

FIRM I.D.:   90674
REIBMAN, HOFFMAN, BAUM
HIRSCH & O'TOOLE
20 N. Clark Street
Suite 1700
Chicago, Illinois 60602
(312) 372-6367

..............................................
Clerk of Court

Date of Service:..............................., 2007
(To be inserted by officer on copy left with Defendant or other person)

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT
### OF COOK COUNTY, ILLINOIS

**FILED**

NOV 21 2007 *rg*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL DOLAN and DEBORAH DOLAN,<br><br>Plaintiffs<br><br>vs.<br><br>AIRTRAN AIRWAYS, INC., a foreign corporation,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 07CV6586<br>JUDGE ASPEN<br>MAG. JUDGE MASON |

### NOTICE OF FILING

To:   REIBMAN, HOFFMAN, BAUM
HIRSCH & O'TOOLE
20 N. Clark Street
Suite 1700
Chicago, IL 60602
(312) 372-6367
Firm ID: 90674

### VIA MAIL

PLEASE TAKE NOTICE that on November 21, 2007, the undersigned, an attorney, caused AirTran Airways, Inc.'s **CIVIL COVER CASE SHEET, CORPORATE DISCLOSURE STATEMENT, NOTICE OF REMOVAL, AND ATTORNEY APPEARANCE** to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is hereby served upon you.

Dated: November 21, 2007                                     AIRTRAN AIRWAYS, INC.

                                                             By: _____
                                                                    One of its Attorneys

Michael G. McQuillen (Atty. No. 6188166)
Mark S. Susina (Atty. No. 6201998)
Lisa A. Iadevaia (Atty. No. 6286454)
ADLER MURPHY & McQUILLEN LLP
One North LaSalle Street, Suite 2300
Chicago, Illinois 60602
(312) 345-0700

2