# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED**
NOV 2 1 2007
Nov. 21, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**(a) PLAINTIFFS**
Michael Dolan and Deborah Dolan

**DEFENDANTS**
AirTran Airways, Inc.

**(b)** County of Residence of First Listed Plaintiff: Cook County, Illinois
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Orange County, Florida
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Reibman, Hoffman, Baum, Hirsch & O'Toole
20 N. Clark Street, Suite 1700
Chicago, IL 60602 (312) 372-6367

Attorneys (If Known)
Michael G. McQuillen
Mark S. Susina
Lisa A. Iadevaia
Adler, Murphy & McQuillen LLP
1 N. LaSalle Street, Suite 2300
Chicago, IL 60602 (312) 345-0700

**II. BASIS OF JURISDICTION** — 4 Diversity

**III. CITIZENSHIP OF PRINCIPAL PARTIES** — Citizen of This State: PTF 1; Incorporated and Principal Place of Business In Another State: DEF 5

**IV. NATURE OF SUIT** — 310 Airplane

07CV6586
JUDGE ASPEN
MAG. JUDGE MASON

**V. ORIGIN** — 2 Removed from State Court

**VI. CAUSE OF ACTION**
Plaintiffs' complaint is based on negligence and loss of consortium. Def. removed to this court under 28 USC 1441(a).

**VIII. REQUESTED IN COMPLAINT:** JURY DEMAND: No

**IX. This case** is not a refiling of a previously dismissed action.

DATE / SIGNATURE OF ATTORNEY OF RECORD