IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL DOLAN and DEBORAH DOLAN,<br><br>Plaintiffs<br><br>vs.<br><br>AIRTRAN AIRWAYS, INC., a foreign corporation,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 07CV6586<br>JUDGE ASPEN<br>MAG. JUDGE MASON |

## DEFENDANT AIRTRAN AIRWAYS, INC.'S NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT

NOW COMES Defendant, AIRTRAN AIRWAYS, INC., by its attorneys, ADLER MURPHY & McQUILLEN LLP, and pursuant to Local Rule 3.2 states as follows:

1. The filing party, AIRTRAN AIRWAYS, INC., is a publicly-traded corporation.

2. No entity owns 10% or more of AIRTRAN AIRWAYS, INC.

Dated: November 21, 2007

AIRTRAN AIRWAYS, INC.

By: _____
One of its Attorneys

Michael G. McQuillen (Atty. No. 6188166)
Mark S. Susina (Atty. No. 6201998)
Lisa A. Iadevaia (Atty. No. 6286454)
ADLER MURPHY & McQUILLEN LLP
One North LaSalle Street, Suite 2300
Chicago, Illinois 60602
(312) 345-0700