

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
  CLERK                                                                                    (312) 435-5691

November 26, 2007

David M Baum
Reibman, Hoffman & Baum
20 North Clark Street
Suite 1700
Chicago, IL 60602

RE:   Dolan et al v. Airtran Airways, Inc.
USDC:  07cv6586 - Judge Marvin E. Aspen

Dear Counselor:

The records of this office indicate that on November 21, 2007, a Notice of Removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter. The notice list the circuit court case number as 2007 L 10815. The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local General Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of the Attorney Appearance form is available on our website under Online forms: www.ilnd.uscourts.gov

Sincerely yours,

Michael W. Dobbins, Clerk

By:   s/ Haydee Pawlowski
      Deputy Clerk