IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL DOLAN and** )<br>**DEBORAH DOLAN,** )<br>)<br>    **Plaintiffs** )<br>)<br>vs. )<br>)<br>**AIRTRAN AIRWAYS, INC., a foreign** )<br>**corporation,** )<br>)<br>    **Defendant.** ) | No. 1:07-cv-06586<br>Judge Marvin E. Aspen |

## NOTICE OF FILING

**TO:**    David M. Baum, Esq.
REIBMAN, HOFFMAN, BAUM, HIRSCH & O'TOOLE
20 N. Clark Street
Suite 1700
Chicago, IL 60602

**PLEASE TAKE NOTICE** that on November 27, 2007, the undersigned, an attorney, caused **DEFENDANT AIRTRAN AIRWAYS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT AT LAW** to be electronically filed with the with the Clerk of the United States District Court for the Northern District of Illinois.

Dated: November 27, 2007        Respectfully submitted,

                                          **AIRTRAN AIRWAYS, INC.**

                                          By:    /s/ Lisa A. Iadevaia
                                                      Attorney for Defendant
                                                      AirTran Airways, Inc.

Michael G. McQuillen (Atty. No. 6188166)
Mark S. Susina (Atty. No. 6201998)
Lisa A. Iadevaia (Atty. No. 6286454)
ADLER MURPHY & McQUILLEN LLP
One North LaSalle Street, Suite 2300
Chicago, Illinois 60602
(312) 345-0700

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **DEFENDANT AIRTRAN AIRWAYS, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT AT LAW** was served on the attorney(s) listed below via U.S. Mail in accordance with Federal Rule of Civil Procedure 5(a) and Local Rule 5.5 on November 27, 2007.

**Attorney for Plaintiffs**
David M. Baum
REIBMAN, HOFFMAN, BAUM,
HIRSCH & O'TOOLE
20 N. Clark Street
Suite 1700
Chicago, IL 60602
(312) 372-6367




/s/ Lisa A. Iadevaia_____