IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL DOLAN and DEBORAH DOLAN,<br><br>　　Plaintiffs<br><br>vs.<br><br>AIRTRAN AIRWAYS, INC., a foreign corporation,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)　No. 1:07-cv-06586<br>)　Judge Marvin E. Aspen<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT AIRTRAN AIRWAYS, INC.'S AMENDED NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT**

NOW COMES Defendant, AIRTRAN AIRWAYS, INC., by its attorneys, ADLER MURPHY & McQUILLEN LLP, and pursuant to Local Rule 3.2 states as follows:

The following entities own more than 5% of AirTran Airways, Inc.: Fidelity Management and Wellington Management Company.

Dated: November 27, 2007                    AIRTRAN AIRWAYS, INC.

　　　　　　　　　　　　　　　　　　　　　　By:　/s/ Lisa A. Iadevaia_____
　　　　　　　　　　　　　　　　　　　　　　　　One of its Attorneys

Michael G. McQuillen (Atty. No. 6188166)
Mark S. Susina (Atty. No. 6201998)
Lisa A. Iadevaia (Atty. No. 6286454)
ADLER MURPHY & McQUILLEN LLP
One North LaSalle Street, Suite 2300
Chicago, Illinois 60602
(312) 345-0700