# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Michael Dolan, et al.

                         Plaintiff,

v.                                          Case No.: 1:07−cv−06586
                                            Honorable Marvin E. Aspen

Airtran Airways, Inc.

                         Defendant.

---

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 29, 2008:

        MINUTE entry before Judge Marvin E. Aspen :Status hearing held on 1/29/2008.
Counsel for defendants appears. Counsel for plaintiffs fails to appear. Status hearing
continued to 2/21/2008 at 10:30 AM. Counsel for plaintiffs is directed to be
present.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.