# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of | Case Number: 07 C 6586 |

Michael Dolan and Deborah Dolan

v.

AirTran Airways, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Michael Dolan and Deborah Dolan

---

NAME (Type or print)
Paul G. O'Toole

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
s/ Paul G. O'Toole

FIRM
Reibman, Hoffman, Baum, Hirsch & O'Toole

STREET ADDRESS
20 N. Clark St., Suite 1700

CITY/STATE/ZIP
Chicago, IL 60602

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6202802 | (312) 372-6367 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☐  NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐  NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☑  NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐  NO ☑

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐