**IN THE UNITED STATES DISTRICT COURT**
**FOR THENORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MICHAEL DOLAN and DEBORAH DOLAN, | ) ) ) |
| Plaintiffs | ) ) ) NO. 07 CV 06586 |
| Vs. | ) ) |
| AIRTRAN AIRWAYS, INC., a foreign Corporation, | ) ) ) |
| Defendant | ) ) |

**PLAINTIFFS' RESPONSE TO AFFIRMATIVE DEFENSE**

NOW COMES the Plaintiffs, MICHAEL and DEBORAH DOLAN, by and through their attorneys, REIBMAN, HOFFMAN, BAUM, HIRSCH & O'TOOLE and for their response to Defendant, AIRTRAN AIRWAYS, INC.,'S Affirmative Defense, Plaintiffs respond as follows:

**FIRST AFFIRMATIVE DEFENSE**

1.  Plaintiffs neither admit nor deny for it requires a legal conclusion.

2.  Plaintiffs deny all allegations contained within paragraph 2.

3.  Plaintiffs deny all allegations contained within paragraph 3.

4.  Plaintiffs deny all allegations contained within paragraph 4.

**SECOND AFFIRMATIVE DEFENSE**

1.  Plaintiffs can neither admit nor deny for it requires a legal conclusion.

2.  Plaintiffs deny all allegations contained within paragraph 2.

3.   Plaintiffs deny all allegations contained within paragraph 3.

4.      Plaintiffs deny all allegations contained within paragraph 4.

### THIRD AFFIRMATIVE DEFENSE

1.      Plaintiffs can neither admit nor deny for it requires a legal conclusion.

### FOURTH AFFIRMATIVE DEFENSE

2.      Plaintiffs deny all allegations contained within paragraph 1.

3.      Plaintiffs deny all allegations contained within paragraph 2.

4.      Plaintiffs deny all allegations contained within paragraph 3.

### FIFTH AFFIRMATIVE DEFENSE

1.      Plaintiffs deny all allegations contained within paragraph 1.

2.      Plaintiffs deny all allegations contained within paragraph 2.

### SIXTH AFFIRMATIVE DEFENSE

1.      Plaintiffs deny all allegations contained within paragraph 1.

2.      Plaintiffs deny all allegations contained within paragraph 2.

WHEREFORE, Plaintiffs respectfully request that all said aforementioned Affirmative Defenses be dismissed with prejudice.

Respectfully submitted,

REIBMAN, HOFFMAN, BAUM, HIRSCH & O'TOOLE


BY:  /s/ Nancy L. Hirsch_____


REIBMAN, HOFFMAN, BAUM, HIRSCH & O'TOOLE
20 N. Clark Street, Suite 1700
Chicago, IL 60602
(312) 372-6367
Fax: (312) 372-0531

3

Case 1:07-cv-06586 Document 20 Filed 02/29/2008 Page 3 of 3

3