## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, certifies that a true and correct copy of the foregoing Plaintiffs' Response to Affirmative Defense was served on the attorney(s)listed below via U. S. Mail in accordance with Federal Rule of Civil Procedure 5(a) and Local Rule 5.5 on February 29, 2008.

Attorneys for Defendant

Lisa A. Iadevaia
Adler, Murphy and McQuillen LLP
One North LaSalle Street
Suite 2300
Chicago, IL 60602

/s/Nancy L. Hirsch_____