**IN THE UNITED STATES DISTRICT COURT**
**FOR THENORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MICHAEL DOLAN and <br> DEBORAH DOLAN, <br><br> Plaintiffs <br><br> Vs. <br><br> AIRTRAN AIRWAYS, INC., a foreign Corporation, <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) NO. 07 CV 06586 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF FILING**

TO:   LISA A. IADEVAIA
    ADLER, MURPHY & McQUILLEN LLP
    One North LaSalle Street, Suite 2300
    Chicago, IL 60602

PLEASE TAKE NOTICE that on February 29, 2008, the undersigned, a attorney, caused PLAINTIFFS' RESPONSE TO AFFIRMATIVE DEFENSE to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois

Dated:  February 29, 2008                     Respectfully submitted,

                            REIBMAN, HOFFMAN, BAUM, HIRSCH & O'TOOLE
                                 Attorneys for Plaintiffs

                            BY: /s/ Nancy L. Hirsch

REIBMAN, HOFFMAN, BAUM, HIRSCH & O'TOOLE
20 N. Clark Street, Suite 1700
Chicago, Il 60602
(312) 372-6367