IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL DOLAN and <br> DEBORAH DOLAN, <br><br>     Plaintiffs <br><br> vs. <br><br> AIRTRAN AIRWAYS, INC., a foreign corporation, <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> )  No. 1:07-cv-06586 <br> )  Judge Marvin E. Aspen <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT AIRTRAN AIRWAYS, INC.'S**
**FEDERAL RULE OF CIVIL PROCEDURE RULE 26(a)(1) DISCLOSURES**

**NOW COMES** Defendant, AIRTRAN AIRWAYS, INC. ("AirTran"), by and through its attorneys, ADLER MURPHY & McQUILLEN LLP, and pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, submits the following disclosures:

**A.** **The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses.**

According to the information obtained to date, the following is a list of persons or entities believed to have knowledge regarding the events at issue in this case.

1. All passengers and crew on Flight # 824 from Atlanta, Georgia to Chicago, Illinois on January 4, 2006, including but not limited to:

    a. Kathy Alstup – Gate Agent
       c/o ADLER MURPHY & McQUILLEN LLP

    b. B. McConnell – Flight Attendant
       c/o ADLER MURPHY & McQUILLEN LLP

    c. Passenger Foster
       Address Unknown

    d. Passenger Hazellief
       Address Unknown

All other persons identified in the Plaintiffs' Rule 26(a)(1) disclosures as well as in the documents produced by the various parties in connection therewith.

**B.     A copy of, or a description by category and location of, all documents, data, compilations, and tangible things that are in the possession, custody, or control of the party that the disclosing party may use to support its claims or defenses.**

   1.   Passenger Name Report for the subject flight

   2.   AirTran Accident Report Narrative

Copies of records are attached. AirTran reserves the right to update these disclosures as discovery and investigation proceeds.

**C.     A computation of any category of damages claimed by the disclosing party.**

Not applicable.

**D.     For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

AirTran has ample liability insurance to cover any claim resulting from the incident at issue in this matter. Additionally, there are no coverage disputes between AirTran and its insurer, Global Aerospace, regarding the occurrence. Should Plaintiffs require proof of said insurance, AirTran will make a copy of the declaration sheet available for inspection and copying in accord with Rule 34 of the Federal Rules of Civil Procedure.

Dated March 31, 2008                    Respectfully submitted,

                                        AIRTRAN AIRWAYS, INC.


                                        /s/ Lisa A. Iadevaia_____
                                        One of its Attorneys

        Lisa A. Iadevaia
        ADLER MURPHY & McQUILLEN LLP
        One North LaSalle Street
        Suite 2300
        Chicago, Illinois 60602
        Telephone: (312) 345-0700
        Facsimile: (312) 345-9860