

Advised of fare rules-SEE F7
Billing Address - MC
1249 N. HICKS ROAD
PALATINE
IL
60067

Agent: 51838   Date: 25 Nov 2005   Time: 1155

DEBORAH CLD TO ADD WCHR
Agent: 54347   Date: 03 Jan 2006   Time: 1026

[ Manifest ]
PLZ WCHR PAX AT ALL POINTS HE CAN ONLY WALK SHORT DISTANCES ONLY
Agent: 54347   Date: 03 Jan 2006   Time: 1026

GAVE SEAT AS A COURTESY
Agent: 54347   Date: 03 Jan 2006   Time: 1028

[ Manifest ]

FLT Moved from-20060104FL  523SRQATLFL  824ATLMDW
FLT Moved To-20060104FL  523SRQATLFL  830ATLMDW
Unable to assign seats for Flight-
20060104FL  523SRQATLFL  830ATLMDW
Agent: 70562  Date: 04 Jan 2006  Time: 1434

[ Manifest ]
PAX WAS TAKEN DOWN THE JETWAY AT D1 FOR FLT
824/MDW..BY FA B.MCCONNELL WHO WAS DEADHEADING
FA DID NOT TAKE PAX DOWN THE JETWAY BACKWARDS BUT
TOOK THE PAX DOWN FORWARD FACING AND PAX WAS
FLIPPED OUT OF WHEELCHAIR...ECHO CALLED..PAX
TAKEN TO HOSPITAL ON STRETCHER AND RELEASED
PAX MOVED TO NEXT MDW FLT....2 OTHER PAX
ON FLT 824/MDW...FOSTER AND HAZZELLIEF ASSISTED PAX
KATHY ATLSUP....REPORT SENT
Agent: 70562  Date: 05 Jan 2006  Time: 0701P0 -
1249 60067:cc address for line 01
Agent:    Date: 25 Nov 2005  Time: 1155  Caller:    Arc:

Changed Itinerary Distribution -
Dist opt chg to E-Mail 20051125E
Itinerary printed -
Itinerary FTPed on 25NOV2005 at 11:56
Agent: 51838  Date: 25 Nov 2005  Time: 1156  Caller: DEBORAH  Arc:

Itinerary printed -
Itinerary FTPed on 25NOV2005 at 11:57
Agent: BATCH  Date: 25 Nov 2005  Time: 1157  Caller:    Arc:

Changed Itinerary Distribution -
Dist opt chg to None/Airport
Agent: 54347  Date: 03 Jan 2006  Time: 1026  Caller: DEBORAH  Arc:

Assigned Seat -
04JAN ATLMDW  824 11D  DOLAN/MICHAEL
Special Service Request
04JAN ATLMDW  824  Added SSR - WCHR DOLAN/MICHAEL
Assigned Seat -
04JAN SRQATL  523 25C  DOLAN/MICHAEL
Special Service Request
04JAN SRQATL  523  Added SSR - WCHR DOLAN/MICHAEL
Agent: 54347  Date: 03 Jan 2006  Time: 1028  Caller: DEBORAH  Arc:

Assigned Seat -
ASSIGN SEAT: 04JAN SRQATL 0800/0943 #FL  523 10F DOLAN/MICHAEL

Agent: 54552   Date: 04 Jan 2006   Time: 0710   Caller: CHECKIN   Arc:

Passenger Check-in -
Checkin: 04JAN SRQATL 0800/0943 #FL  523 10F DOLAN/MICHAEL
Checkin: 04JAN ATLMDW 1110/1202 #FL  824 11D DOLAN/MICHAEL
Agent: web1   Date: 04 Jan 2006   Time: 0713   Caller: CHECKIN   Arc:

Assigned Seat -
ASSIGN SEAT: 04JAN ATLMDW 1110/1202 #FL  824 17A DOLAN/MICHAEL
Agent: 73587   Date: 04 Jan 2006   Time: 0949   Caller: CHECKIN   Arc:

Passenger Unchecked -
Checkout:   04JAN ATLMDW 1110/1202 #FL  824 17A DOLAN/MICHAEL
Agent: 73587   Date: 04 Jan 2006   Time: 1143   Caller: CHECKOUT   Arc:

Address Change -
DEBORAH DOLAN       to MICHAEL DOLAN
Added Flight Segment -
03 FL   26 Q 04JAN We  ATLMDW 0 HL01 1458/1550 Q7FL74     0.00
Passenger Check-in -
Checkin: 04JAN ATLMDW 1458/1550 #FL   26 *** DOLAN/MICHAEL
Agent: 67045   Date: 04 Jan 2006   Time: 1359   Caller: CHECKIN   Arc:

Passenger Unchecked -
Checkout:   04JAN ATLMDW 1458/1550 #FL   26   DOLAN/MICHAEL
Agent: 64098   Date: 04 Jan 2006   Time: 1411   Caller: CHECKOUT   Arc:

Deleted Flight Segment -
01 FL   523 Q 04JAN We  SRQATL 0 HK01 0800/0943 Q7FL74    87.40
02 FL   824 Q 04JAN We  ATLMDW 0 HK01 1110/1202 Q7FL74     7.00
Added Flight Segment -
01 FL   523 Q 04JAN We  SRQATL 0 HK01 0800/0943 Q7FL74    94.40
02 FL   830 Q 04JAN We  ATLMDW 0 HK01 1608/1656 Q7FL74     0.00
Assigned Seat -
04JAN SRQATL FL   523 10F DOLAN/MICHAEL
Agent: 70562   Date: 04 Jan 2006   Time: 1434   Caller: SKDMAINT-AS   Arc:

Passenger Check-in -
Checkin: 04JAN ATLMDW 1608/1656 #FL  830 01A DOLAN/MICHAEL
Agent: 70562   Date: 04 Jan 2006   Time: 1442   Caller: CHECKIN   Arc:

Deleted Flight Segment -
   FL   26 Q 04JAN We ATLMDW 0  HL01 1458/1550 Q7FL74     0.
Agent: 64098   Date: 04 Jan 2006   Time: 1515   Caller: CHECKIN   Arc: