**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL DOLAN and** | ) | |
| **DEBORAH DOLAN,** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | **No. 1:07-cv-06586** |
| **vs.** | ) | **Judge Marvin E. Aspen** |
| | ) | |
| **AIRTRAN AIRWAYS, INC., a foreign** | ) | |
| **corporation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF FILING

**TO:**    Nancy L. Hirsch, Esq.
Paul George O'Toole, Esq.
Mark Anthony Heftman, Esq.
David M. Baum, Esq.
REIBMAN, HOFFMAN, BAUM, HIRSCH & O'TOOLE
20 N. Clark Street
Suite 1700
Chicago, IL 60602

   **PLEASE TAKE NOTICE** that on March 31, 2008, the undersigned, an attorney, caused **DEFENDANT AIRTRAN AIRWAYS, INC.'S RULE 26(a)(1) DISCLOSURES** to be electronically filed with the with the Clerk of the United States District Court for the Northern District of Illinois.

Dated: March 31, 2008                    Respectfully submitted,

                                         **AIRTRAN AIRWAYS, INC.**

                                         By:    /s/ Lisa A. Iadevaia
                                                Attorney for Defendant
                                                AirTran Airways, Inc.

Michael G. McQuillen (Atty. No. 6188166)
Mark S. Susina (Atty. No. 6201998)
Lisa A. Iadevaia (Atty. No. 6286454)
ADLER MURPHY & McQUILLEN LLP
One North LaSalle Street, Suite 2300
Chicago, Illinois 60602
(312) 345-0700

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2008, I electronically filed the foregoing *Defendant AirTran Airways, Inc.'s Rule 26(a)(1) Disclosures* with the Clerk of the Court by using the CM/ECF system which will send a Notice of Electronic Filing to the following:

**ATTORNEYS FOR PLAINTIFF**
Nancy L. Hirsch, Esq.
Paul George O'Toole, Esq.
Mark Anthony Heftman, Esq.
David M. Baum, Esq.
REIBMAN, HOFFMAN, BAUM, HIRSCH & O'TOOLE
20 N. Clark Street, Suite 1700
Chicago, Illinois 60602

By: /s/ Lisa A. Iadevaia
Attorney for Defendant AirTran Airways, Inc.