UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Michael Dolan, et al.
                    Plaintiff,

v.                                          Case No.: 1:07−cv−06586
                                            Honorable Marvin E. Aspen

Airtran Airways, Inc.
                    Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, April 3, 2008:

    MINUTE entry before Judge Honorable Marvin E. Aspen:Status hearing held on 4/3/2008 and continued to 4/16/09 at 10:30 a.m. The Court adopts the parties' proposed joint discovery schedule. All Discovery ordered closed by 4/1/2009. Final date. Parties are to file a joint pretrial order in open court on 4/16/2009 at 10:30. Judicial staff mailed notice(gl, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.