IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL DOLAN and DEBORAH DOLAN, Plaintiffs vs. AIRTRAN AIRWAYS, INC., a foreign corporation, Defendant. | No. 1:07-cv-06586 Judge Marvin E. Aspen |

## JOINT DISCOVERY ORDER

NOW COMES Defendant, AIRTRAN AIRWAYS, INC., by and through its attorneys, ADLER MURPHY & McQUILLEN LLP, and submits the following Proposed Joint Discovery Order, which has been agreed to by the Plaintiffs as well, pursuant to Federal Rule of Civil P. 26(f) and Local Rule 26.1.

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| **Mandatory Initial Disclosures (pursuant to Fed. R. Civ. P. 26(a)(1))** | Filed |
| **Certificate of Interested Persons and Corporate Disclosure Statement** | Filed |
| **All Written Discovery Must be Served** | April 17, 2008 |
| **All Written Discovery Must be Completed** | May 19, 2008 |
| **All Oral Discovery Must be Completed** | October 19, 2008 |
| **Plaintiffs to Disclose Rule 26(2)(A) Witnesses** | December 4, 2008 |
| **Plaintiffs' Rule 26(2)(A) Witnesses to be Deposed** | January 12, 2009 |

| DEADLINE OR EVENT | AGREED DATE |
|---|---|
| **Defendant to Disclose Rule 26(2)(A) Witnesses** | February 27, 2009 |
| **Defendant's Rule 26(2)(A) Witnesses to be Deposed** | April 1, 2009 |
| **All Parties Consent to Proceed Before Magistrate Judge** | Yes__ No_x_ |

**IT IS SO ORDERED.**

Dated: April 3, 2008

Signed: _____
MARVIN E. ASPEN, JUDGE
U.S. DISTRICT COURT