## CERTIFICATE OF SERVICE

    The undersigned, an attorney, certifies that a true and correct copy of the foregoing Plaintiffs' Interrogatories to Defendant and Notice to Produce was served on the attorney(s) listed below via U. S. Mail in accordance with Federal Rule of Civil Procedure 5(a) and Local Rule 5.5 on April 17, 2008.

Attorneys for Defendant

Lisa A. Iadevaia
Adler, Murphy and McQuillen LLP
One North LaSalle Street
Suite 2300
Chicago, IL 60602

/s/Nancy L. Hirsch